# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHARLES CLINTON NEWTON, JR.,
Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK,
Respondent.

No. 71415

FILED

NOV 17 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION

This petition for a writ of mandamus challenges a judgment of conviction. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. *See* NRS 34.160; NRS 34.170. A challenge to the validity of the judgment of conviction must be raised in a postconviction petition for a writ of habeas corpus filed in the district court in the first instance.[1] NRS 34.724(2)(b); NRS 34.738(1). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc: Charles Clinton Newton, Jr.
Attorney General/Carson City
Eighth District Court Clerk

---

[1]We express no opinion as to whether petitioner could meet the procedural requirements of NRS chapter 34.

Supreme Court
of
Nevada

(O) 1947A

16-35941